UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET PERKINS,

        Plaintiff,                               Case Number 21-11026
v.                                                     Honorable David M. Lawson

GLOBAL TRUST MANAGEMENT, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

On October 11, 2021, the plaintiff filed a notice indicating that the parties have reached an agreement to resolve all of the claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before December 12, 2021**.

                                                                          s/David M. Lawson
                                                                          DAVID M. LAWSON
                                                                          United States District Judge

Dated:   October 12, 2021